| | |
|---|---|
| 1 | Jeremy E. Shulman (SBN 257582) |
|   |   jshulman@lagerlof.com |
| 2 | Kaila M. Bradley (SBN 307863) |
|   |   kbradley@lagerlof.com |
| 3 | LAGERLOF, LLP |
|   | 155 N. Lake Avenue, 11th Floor |
| 4 | Pasadena, California 91101-4158 |
|   | Telephone: (626) 535-1900 |
| 5 | Facsimile: (626) 577-7764 |

Attorneys for Defendants
Leigh O. Curran, Kristy Fercho and
Leesa Whitt-Potter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA MANZANO S., GEORGE F. SEMEIL, JR., | Case No.: 5:23-CV-00643-JGB-SP |
| | Assigned to: Hon. Jesus G. Bernal |
| Plaintiffs, | |
| | **NOTICE OF NON-OPPOSITION BY DEFENDANTS' LEIGH O. CURRAN, KRISTY FERCHO AND LEESA WHITT-POTTER TO MOTION TO REMAND BY PAUL BOUDIER AND DANCE HALL INVESTORS, INC.** |
| v. | |
| WILMINGTON TRUST NATIONAL ASSOCIATION, BARRETT DAFFIN & FRAPPIER TREADER & WEISS, LLP., THINKREALESTATE.NET, DIVISION OF KELLY WILLIAMS REALTY, MORTGAGE ELECTRONIC SYSTEM (AKA "MERS"), KRISTINA PELLETIER, LAWRENCE D. HARRIS, KRISTY FERCHO, LEESA WHITT-POTTER, ARNOLD L. GRAFF, and DOES 1 through 50, inclusive, | |
| | Date: June 5, 2023 |
| | Time: 9:00 a.m. |
| | Crtrm: 1 |
| Defendants. | |

TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants Leigh O. Curran, Kristy Fercho and Leesa Whitt-Potter (collectively, "Defendants"), by and through their counsel,

do not oppose the Motion to Remand by Paul Boudier and Dance Hall Investors, Inc.

Additionally, while Plaintiffs Concetta Manzano S. and George F. Semeil, Jr. (collectively, "Plaintiffs") are proceeding pro se, they still must comply with Federal Rules of Civil Procedure Rule 11. Plaintiffs' removal of this action does not comply with Rule 11 and should subject Plaintiffs to sanctions. Specifically, Plaintiffs' basis for the removal of this action to the Central District is not warranted by existing law, and is being presented for an improper purpose and to delay litigation. The Court could impose sanctions on its own motion pursuant to Rule 11(c). At minimum, Plaintiffs should be cautioned against engaging in further frivolous litigation activity and motion practice.

Dated: May 16, 2023

Respectfully submitted,

LAGERLOF, LLP

By: /s/ Jeremy E. Shulman
Jeremy E. Shulman
Attorneys for Defendants
Leigh O. Curran, Kristy Fercho and
Leesa Whitt-Potter

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Lagerlof, LLP, 155 N. Lake Avenue, 11th Floor, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF NON-OPPOSITION BY DEFENDANTS' LEIGH O. CURRAN, KRISTY FERCHO AND LEESA WHITT-POTTER TO MOTION TO REMAND BY PAUL BOUDIER AND DANCE HALL INVESTORS, INC.**

on the interested parties in said case as follows:

**Served Electronically via the Court's CM/ECF System:**

**See Service List**

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL:** I transmitted via Court's CM/ECF System the document listed above to the email addresses set forth above (or below) on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 16, 2023, in Pasadena, California.

| Laurie Hlista | */s/ Laurie Hlista* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

# SERVICE LIST

| *Plaintiff, In Pro Per* | *Plaintiff, In Pro Per* |
|---|---|
| George F. Semeil, Jr.<br>P.O. Box 196<br>Palm Springs, CA 92262<br><br>Tel: (408) 364-6396 | Concetta Manzano<br>P.O. Box 196<br>Palm Springs, CA 92262<br><br>Tel: (408) 364-6396 |
| *Attorneys for Defendants Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2016-1 (erroneously sued as "Wilmington Trust National Association"); Mortgage Electronic Registration Systems, Inc. (erroneously sued as "Mortgage Electronic System"); Kristina Pelletier; Arnold L. Graff; Fay Servicing, LLC; Ryan Finnigan; and Kimberly Bigham*<br><br>R. Robert Finlay, Esq.<br>Kristina M. Pelletier, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br><br>Tel: (949) 477-5050 / Fax: (949) 608-9142<br>Email: kpelletier@wrightlegal.net | *Attorneys for Defendants Paul Boudier and Dance Hall Investors, Inc., erroneously sued herein as Thinkrealestate.net, Division of Kelly Williams Realty*<br><br>Shannon B. Jones, Esq.<br>ROSSI DOMINGUE LLP<br>208 W. El Pintado Road<br>Danville, CA 94526<br><br>Tel: (408) 495-3900<br>Emails: sbj@sbj-law.com; mac@sbj-law.com |

LAGERLOF, LLP
155 N. Lake Avenue, 11th Floor
Pasadena, CA 91101

{94000/HR2682/00762396-2 }

CASE NO. 5:233-CV-00643-JGB-SP
CERTIFICATE OF SERVICE