Jeremy E. Shulman (SBN 257582)
  jshulman@lagerlof.com
Kaila M. Bradley (SBN 307863)
  kbradley@lagerlof.com
LAGERLOF, LLP
155 N. Lake Avenue, 11th Floor
Pasadena, California 91101-4158
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendants
Leigh O. Curran, Kristy Fercho and
Leesa Whitt-Potter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA MANZANO S., GEORGE F. SEMEIL, JR., <br><br> Plaintiffs, <br><br> v. <br><br> WILMINGTON TRUST NATIONAL ASSOCIATION, BARRETT DAFFIN & FRAPPIER TREADER & WEISS, LLP., THINKREALESTATE.NET, DIVISION OF KELLY WILLIAMS REALTY, MORTGAGE ELECTRONIC SYSTEM (AKA "MERS"), KRISTINA PELLETIER, LAWRENCE D. HARRIS, KRISTY FERCHO, LEESA WHITT-POTTER, ARNOLD L. GRAFF, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 5:23-CV-00643-JGB-SP <br> Assigned to: Hon. Jesus G. Bernal <br><br> **REQUEST BY COUNSEL FOR DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO AND LEESA WHITT-POTTER TO APPEAR REMOTELY AT HEARING ON MOTION TO REMAND; DECLARATION OF KAILA M. BRADLEY** <br><br> Date:   June 5, 2023 <br> Time:   9:00 a.m. <br> Crtrm:  1 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Defendants Leigh O. Curran, Kristy Fercho, and Leesa Whitt-Potter respectfully request the Court to permit their attorney Kaila M. Bradley to appear

{94000/HR2682/00771977-2 }   1

remotely on their behalf at the upcoming hearing on Defendant Paul Boudier and Dance Hall Investor's Motion to Remand set for June 5, 2023. Defendants Leigh O. Curran, Kristy Fercho, and Leesa Whitt-Potter (collectively, "Defendants") are not the moving parties and do not oppose the motion. Per Central District of California Local Rule 7-14, Defendants' appearance is not required at the hearing. Although their appearance is not required for the hearing, Defendants wish to appear remotely, if possible, to be informed of the outcome of the hearing and to and to avoid the time and expense from commuting from Pasadena, California to Riverside, California. This request is supported by the accompanying declaration of Kaila M. Bradley, counsel for Defendants.

Respectfully submitted,

Dated: May 24, 2023          LAGERLOF, LLP

By: *Kaila Bradley*
Kaila M. Bradley
Attorneys for Defendants
Leigh O. Curran, Kristy Fercho, and
Leesa Whitt-Potter

# **DECLARATION OF KAILA BRADLEY**

I, Kaila Bradley, do hereby declare and state as follows:

1. I am an attorney admitted to practice in the Central District of California, and the courts of the State of California. I am an attorney at Lagerlof LLP, counsel of record in this action for Defendants Leigh O. Curran, Kristy Fercho, and Leesa Whitt-Potter. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. My clients, Defendants Leigh O. Curran, Kristy Fercho, and Leesa Whitt-Potter ("Defendants") are not the moving party for the motion to remand and do not oppose the motion.

3. Although my attendance is not required, per Central District of California Local Rule 7-14, I wish to attend the hearing remotely to stay informed for the benefit of my clients. As I am neither the moving party nor am I opposing the motion, I do not anticipate making any arguments at the hearing. I wish to appear remotely to save my clients the time and expense associated with travel to and from the courthouse from my office in Pasadena, California.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 24th day of May 2023, at Pasadena, California.

_/s/ Kaila Bradley_
Kaila Bradley

**Manzano V. Wilmington Trust National Association**       Case No. 5:23-CV-00643-JGB-SP

# CERTFICATE OF SERVICE

STATE OF CALIFORNIA      )
                                              ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 155 North Lake Avenue, 11th Floor, Pasadena, California 91101-4158.

On May 24, 2023, I served the foregoing document(s) described as:

**REQUEST BY COUNSEL FOR DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO AND LEESA WHITTPOTTER' TO APPEAR REMOTELY AT HEARING ON MOTION TO REMAND; PROPOSED ORDER**

on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope as follows:

**Service by Court's CM/ECF System and U.S. Mail**

| *Plaintiff, In Pro Per* | *Plaintiff, In Pro Per* |
|---|---|
| George F. Semeil, Jr.<br>P.O. Box 196<br>Palm Springs, CA 92262<br><br>Tel: (408) 364-6396 | Concetta Manzano<br>P.O. Box 196<br>Palm Springs, CA 92262<br><br>Tel: (408) 364-6396 |
| *Attorneys for Defendants Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2016-1 (erroneously sued as "Wilmington Trust National Association"); Mortgage Electronic Registration Systems, Inc. (erroneously sued as "Mortgage Electronic System"); Kristina Pelletier; Arnold L. Graff; Fay Servicing, LLC; Ryan Finnigan; and Kimberly Bigham*<br><br>R. Robert Finlay, Esq.<br>Kristina M. Pelletier, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br><br>Tel: (949) 477-5050 / Fax: (949) 608-9142<br>Email: kpelletier@wrightlegal.net | *Attorneys for Defendants Paul Boudier and Dance Hall Investors, Inc., erroneously sued herein as Thinkrealestate.net, Division of Kelly Williams Realty*<br><br>Shannon B. Jones, Esq.<br>ROSSI DOMINGUE LLP<br>208 W. El Pintado Road<br>Danville, CA 94526<br><br>Tel: (408) 495-3900<br>Emails: sbj@sbj-law.com; mac@sbj-law.com |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if

LAGERLOF, LLP
155 N. Lake Avenue, 11th Floor
Pasadena, CA 91101

{94000/HR2682/00771977-2 }

PROOF OF SERVICE

postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed at Pasadena, California on May 24, 2023.

| Laurie Hlista | */s/ Laurie Hlista* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |