Jeremy E. Shulman (SBN 257582)
  jshulman@lagerlof.com
Kaila M. Bradley (SBN 307863)
  kbradley@lagerlof.com
LAGERLOF, LLP
155 N. Lake Avenue, 11th Floor
Pasadena, California 91101-4158
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendants
Leigh O. Curran, Kristy Fercho and
Leesa Whitt-Potter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCETTA MANZANO S., GEORGE F. SEMEIL, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>WILMINGTON TRUST NATIONAL ASSOCIATION, BARRETT DAFFIN & FRAPPIER TREADER & WEISS, LLP., THINKREALESTATE.NET, DIVISION OF KELLY WILLIAMS REALTY, MORTGAGE ELECTRONIC SYSTEM (AKA "MERS"), KRISTINA PELLETIER, LAWRENCE D. HARRIS, KRISTY FERCHO, LEESA WHITT-PORTER, ARNOLD L. GRAFF, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:23-CV-00643-JGB-SP<br>Assigned to: Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER GRANTING REQUEST BY COUNSEL FOR DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO, AND LEESA WHITT-POTTER TO APPEAR REMOTELY AT HEARING ON MOTION TO REMAND**<br><br>Date: June 5, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1 |

The Court having reviewed and considered counsel for Defendants Leigh O. Curran, Kristy Fercho, and Leesa Whitt-Potter's request to appear at hearing remotely, and good cause being shown and found, IT IS SO ORDERED, that Defendants Leigh O. Curran, Kristy Fercho, and Leesa Whitt-Potter's request for

{94000/HR2682/00772037-1 }

[PROPOSED] ORDER GRANTING REQUEST BY DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO, AND LEESA WHITT-POTTER FOR REMOTE APPEARANCE

1  remote appearance at the hearing on the Motion to Remand on June 5, 2023, is
2  GRANTED. Counsel for Defendants Leigh O. Curran, Kristy Fercho, and Leesa
3  Whitt-Potter may appear remotely at the hearing on June 5, 2023, at 9:00 a.m., by
4  telephone or by Zoom.

6  Dated: _____

7  THE HON. JESUS G. BERNAL
8  UNITED STATES DISTRICT COURT JUDGE

LAGERLOF, LLP
155 N. Lake Avenue, 11th Floor
Pasadena, CA 91101

{94000/HR2682/00772037-1 }

[PROPOSED] ORDER GRANTING REQUEST BY DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO, AND LEESA WHITT-POTTER FOR REMOTE APPEARANCE

# CERTFICATE OF SERVICE

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 155 North Lake Avenue, 11th Floor, Pasadena, California 91101-4158.

On May 24, 2023, I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING REQUEST BY COUNSEL FOR DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO, AND LEESA WHITT-POTTER TO APPEAR REMOTELY AT HEARING ON MOTION TO REMAND**

on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope as follows:

**Service by Court's CM/ECF System and U.S. Mail**

| *Plaintiff, In Pro Per* | *Plaintiff, In Pro Per* |
|---|---|
| George F. Semeil, Jr.<br>P.O. Box 196<br>Palm Springs, CA 92262<br><br>Tel: (408) 364-6396 | Concetta Manzano<br>P.O. Box 196<br>Palm Springs, CA 92262<br><br>Tel: (408) 364-6396 |
| *Attorneys for Defendants Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2016-1 (erroneously sued as "Wilmington Trust National Association"); Mortgage Electronic Registration Systems, Inc. (erroneously sued as "Mortgage Electronic System"); Kristina Pelletier; Arnold L. Graff; Fay Servicing, LLC; Ryan Finnigan; and Kimberly Bigham*<br><br>R. Robert Finlay, Esq.<br>Kristina M. Pelletier, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br><br>Tel: (949) 477-5050 / Fax: (949) 608-9142<br>Email: kpelletier@wrightlegal.net | *Attorneys for Defendants Paul Boudier and Dance Hall Investors, Inc., erroneously sued herein as Thinkrealestate.net, Division of Kelly Williams Realty*<br><br>Shannon B. Jones, Esq.<br>ROSSI DOMINGUE LLP<br>208 W. El Pintado Road<br>Danville, CA 94526<br><br>Tel: (408) 495-3900<br>Emails: sbj@sbj-law.com; mac@sbj-law.com |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am

LAGERLOF, LLP
155 N. Lake Avenue, 11th Floor
Pasadena, CA 91101

{94000/HR2682/00772037-1}

[PROPOSED] ORDER GRANTING REQUEST BY DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO, AND LEESA WHITT-POTTER FOR REMOTE APPEARANCE

aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed at Pasadena, California on May 24, 2023.

| Laurie Hlista | */s/ Laurie Hlista* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

LAGERLOF, LLP
155 N. Lake Avenue, 11th Floor
Pasadena, CA 91101

{94000/HR2682/00772037-1 }
[PROPOSED] ORDER GRANTING REQUEST BY DEFENDANTS LEIGH O. CURRAN, KRISTY FERCHO, AND LEESA WHITT-POTTER FOR REMOTE APPEARANCE