| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 29 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CONCETTA MANZANO S.; GEORGE F. SEMEIL, Jr., | No.  23-55507 |
| Plaintiffs-Appellants, | D.C. No.<br>5:23-cv-00643-JGB-SP<br>Central District of California, Riverside |
| v. | |
| WILMINGTON TRUST NATIONAL ASSOCIATION; et al., | ORDER |
| Defendants-Appellees. | |

Before:  SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not reviewable.  *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan Am. World Airways, Inc.*, 833 F.2d 1291, 1293 (9th Cir. 1987) (order remanding a removed action to state court for lack of subject matter jurisdiction is not reviewable).  Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**